IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-06147

Judge Manish S. Shah

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 104 | XEDZYT Clothing |
| 113 | Zuwimk Fly |
| 125 | GWAABD Clothing |
| 133 | dmqupv Co. Ltd |
| 98 | NEWEEN |
| 95 | Clothing DIY |
| 138 | YLSTORE |
| 147 | BLACKSWAN |
| 150 | Dezsed |
| 173 | KUDA Industrial |
| 106 | Hooplkongol |
| 107 | Vinsonshop |
| 108 | Kamisu |
| 110 | KPLFUBK |
| 111 | Lisingtool |
| 112 | Baberdicy |
| 114 | YAOQIANYUSHU |
| 9 | blnlobl |
| 11 | Suiqu |
| 15 | Ykohkofe |

| | |
|---|---|
| 19 | TaiSH |
| 5 | TODIYADDU |
| 18 | Tontut Direct |
| 14 | paehe |
| 35 | dumanfs |
| 90 | JYT-1CZ |
| 43 | NIEUAID |
| 89 | DIYDECORFUN |
| 1 | Ruziyoog |
| 2 | CWCWFHZH |
| 21 | erdiore Shops |
| 36 | BZGTZT |
| 38 | IEPOFG FASHION |
| 51 | Blczomt online store |
| 52 | JOAU |
| 54 | DAcihua |
| 57 | ehanhahha |
| 58 | iEMz Lins |
| 59 | prime day deals today 2024 |
| 78 | Hinvhai Boutiques |
| 83 | Beessbest |
| 84 | Xiaojmake |
| 85 | MU-LU |
| 88 | LZy-n |
| 8 | CRITOR |
| 91 | jsaierl |
| 92 | Juebong |
| 94 | XingZi |
| 97 | HeYun |
| 100 | skpabo （5-10 Days Delivery） |
| 102 | VKEKIEO Up to 50 percent off |
| 103 | Nerohusy |
| 119 | GiliGiliiso |
| 120 | BVnarty |
| 121 | SSAAVKUY |
| 122 | Brglopf |
| 130 | RYRJJ |
| 131 | Hfyihgf |
| 134 | Wiyuqeen |
| 135 | VONCOS |
| 136 | SMihono |
| 139 | WHLBF |
| 140 | Viikei |
| 141 | Lindreshi |

| 142 | Awdenio Official Store |
|---|---|
| 143 | BUIgtTklOP |
| 144 | Ruimatai Official Store |
| 145 | AOOCHASLIY |
| 146 | Fanxing |
| 148 | Bdfzl Women's Clothing Shops |
| 149 | Naughtyhood E-Commerce |
| 151 | OFLALW Clothing Clearance |
| 152 | Masrin |
| 153 | NaRHbrg |
| 156 | Tejiojio |
| 157 | Jacenvly |
| 159 | Spring Fashion 2024 |
| 160 | tklpehg |
| 161 | Fall Prime Deals 2024 |
| 162 | TrendVibe365 |
| 165 | Womens Clothes Prime Day Deals |
| 167 | jimlbj |
| 174 | TZQ Trade |
| 175 | SZDYR Co.Ltd |
| 176 | WQJNWEQ (USA) |
| 96 | Xuanfei LLC |
| 27 | kjhgk（8-20 days delivery） |

DATED: August 26, 2024        Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 26, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                            */s/ Keith A. Vogt*
                                            Keith A. Vogt