**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MAKIKO KIMURA,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-06147

Judge Manish S. Shah

Magistrate Judge Keri L. Holleb Hotaling

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 20 | Familyhouse |
| 34 | Rasihay |
| 33 | Theatly |
| 4 | Katrina's Gift |
| 12 | NSAJhsous |
| 17 | LIpindy |
| 25 | RICHLEO |
| 80 | YUEQIQI |
| 64 | GHHKUD |
| 53 | changxiangyongheng |
| 105 | PMVFHDE Modern Clothing |
| 115 | Meili Clothing |
| 117 | PMUYBHF |
| 118 | Ekp ZZZ |
| 124 | Fashion Clothing |
| 163 | NB |
| 164 | SZXZYGS |
| 109 | Hj Smple |
| 132 | YRS LLC |
| 99 | ChongYan Co.Ltd |

DATED:  September 9, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

              */s/ Keith A. Vogt*
              Keith A. Vogt